■ TRACY L. WILLIAMS, Respondent, v MARTIN JOHNSON, Appellant. [879 NYS2d 743]—Appeal from an order of the Monroe County Court (John J. Connell, J.), entered September 25, 2008. The order affirmed a judgment of the Rochester City Court (John E. Elliott, J.), entered May 9, 2008 in favor of plaintiff in a small claims action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.

■ COTY TAYLOR, Appellant, v MARY S. REEVES, Respondent. [879 NYS2d 743]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered March 20, 2008 in a personal injury action. The order, insofar as appealed from, granted in part the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.

■ In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY ZON, Superintendent, Wende Correctional Facility, et al., Respondents. [879 NYS2d 744]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Shirley Troutman, A.J.), entered August 25, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Martoche, J.P., Smith, Fahey, Carni and Green, JJ.